An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES COREY MCGEE,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62365

FILED

JUN 1 3 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## ORDER OF AFFIRMANCE

This is a proper person appeal from an order denying a post-conviction petition for a writ of habeas corpus.[1] Second Judicial District Court, Washoe County; Jerome Polaha, Judge.

In his petition filed on November 26, 2012, appellant challenged the validity of his May 20, 1988, judgment of conviction. We conclude that the district court did not err in denying the petition because appellant was not in custody in the case designated when he filed the petition. *Jackson v. State*, 115 Nev. 21, 23, 973 P.2d 241, 242 (1999); *see also* Nev. Const. art. 6, § 6(1) (providing that the district courts may issue a writ of habeas corpus on petition by "any person who is held in actual custody in their respective districts, or who has suffered a criminal

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17389

conviction in their respective districts and has not completed the sentence imposed pursuant to the judgment of conviction"). Accordingly, we ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Jerome Polaha, District Judge
       James Corey McGee
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk